UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT CR-10-68 JRT/RLE |
| Plaintiff, | ) (18 U.S.C. § 2252(a)(2)) |
| | ) (18 U.S.C. § 2252(b)(1)) |
| v. | ) (18 U.S.C. § 2252(a)(4)(B)) |
| | ) (18 U.S.C. § 2252(b)(2)) |
| BRENT MICHAEL FREEMAN, | ) (18 U.S.C. § 2253(a)) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Possession of Child Pornography)

On or about July 9, 2007, in the State and District of Minnesota, the defendant,

**BRENT MICHAEL FREEMAN,**

did knowingly possess one or more matters, which contained visual depictions that had been mailed, shipped and transported in interstate commerce, by means, including by computer, where the production of such visual depictions involved the use of minors engaging in sexually explicit conduct, and such visual depictions are of such conduct, including, but not limited to, the following computer image files:

(1)  img.464.jpg

(2)  img.86.jpg

all in violation of Title 18, United States Code Sections 2252(a)(4)(B) and 2252(b)(2).



SCANNED
MAR 30 2010
U.S. DISTRICT COURT ST. PAUL

FILED MAR 1 8 2010
RICHARD D. SLETTEN
JUDGMENT ENTD _____
DEPUTY CLERK _____

United States v. Brent Michael Freeman

## COUNT 2
(Receipt of Child Pornography)

On or about December 7, 2006, in the State and District of Minnesota, the defendant,

**BRENT MICHAEL FREEMAN,**

did knowingly receive visual depictions that had been mailed, shipped or transported in interstate commerce, by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, including, but not limited to, the following computer image files:

(1)  img.75.jpg

(2)  img.417.jpg

in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

As a result of the foregoing offenses, the defendant,

**BRENT MICHAEL FREEMAN,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

United States v. Brent Michael Freeman

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to including but not limited to the items seized from the defendant's residence, by law enforcement officers on July 9, 2007.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2) and 2253(a).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                   FOREPERSON