UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | Criminal No. 10-68 (JRT/RLE) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION TO SUPPRESS EVIDENCE OBTAINED AS A RESULT OF SEARCH AND SEIZURE** |
| BRENT MICHAEL FREEMAN, | ) | |
| Defendant. | ) | |

The defendant, BRENT MICHAEL FREEMAN, by and through his attorney, respectfully moves the Court pursuant to Rule 12, Federal Rules of Criminal Procedure, to suppress any physical evidence obtained as a result of a search and seizure on the following grounds:

1. That any search warrant issued in this case was issued without a sufficient showing of probable cause in the supporting affidavit, and was therefore issued in error by the United States Magistrate Judge and that the search warrant involved was executed in an illegal and unlawful manner, and not in good faith.

2. That any searches and seizures were conducted without warrant, without probable cause and lacking in any exigent circumstances.

3. That any search and seizures were conducted without free and voluntary consent of the defendant.

That this motion is based on the indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of said motion.

Dated: April 12, 2010  Respectfully submitted,

*s/Caroline Durham*

CAROLINE DURHAM
Attorney ID No. 24921X
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415